UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| GREGORY DAMM | CIVIL ACTION NO. 04-1456-A<br>SECTION "P" |
| -vs- | JUDGE DRELL |
| LYNN COOPER, et al. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined the findings and recommendation are correct under the applicable law;

IT IS ORDERED that plaintiff's Motion for a Temporary Restraining Order and preliminary injunction [Doc. 34] is DENIED and DISMISSED.

SIGNED on this 26th day of October, 2005, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge