UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| GREGORY DAMM | CIVIL ACTION NO. 04-1456-A |
|---|---|
| -vs- | JUDGE DRELL |
| LYNN COOPER, et al. | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record, including the objections filed herein, and having determined that the findings and recommendations are correct under applicable law;

IT IS ORDERED that Defendant's motion to dismiss is GRANTED and Damm's action is DISMISSED WITH PREJUDICE.

SIGNED on this 7th day of November, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge